STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ISAAC WILLIAMS, DEFENDANT-APPELLANT.

Argued October 18, 1977—Decided November 2, 1977.

*Mr. Michael R. Klekman,* Assistant Deputy Public Defender, argued the cause for appellant (*Mr. Stanley C. Van Ness,* Public Defender, attorney).

*Mr. Philip B. Seaton,* Assistant Prosecutor, argued the cause for respondent (*Mr. Thomas B. Shusted,* Camden County Prosecutor, attorney).

*Mr. Robert E. Rochford,* Deputy Attorney General, argued the cause for *amicus curiae* Attorney General of New Jersey (*Mr. William F. Hyland,* Attorney General of New Jersey, attorney).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division.

*For affirmance*—Chief Justice HUGHES and Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD and SCHREIBER —6.

*For reversal*—None.